IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:25-cr-148 |
| | ) | |
| v. | ) | |
| | ) | |
| TIANZHU CHEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO VACATE POST-INDICTMENT PROTECTIVE ORDER

Upon review of the United States' Motion to Vacate Protective Order and good cause appearing, the Court finds and orders as follow:

The February 2, 2026, Amended Post-Indictment Protective Order (ECF No. 28) is hereby vacated as to the following assets:

A. Property inside 1471 NE 70th Ave., Units 101 and 102, Ankeny, Iowa used to collect, and store used cooking oil (UCO) including storage tanks, gas powered pumps, hoses, and attachments;

B. 2017 Freightliner, VIN: 1FVACWCY1HHHW7263;

C. 2013 International, VIN: 3HAMMAAL2DL236030;

D. 2013 International, VIN: 1HTMMAALODH481141;

E. 2017 International, VIN: 1HTMMMML5HH471739; and

F. Property inside the trucks used to collect and store UCO.

This Court retains jurisdiction over these properties to enforce, alter, amend, or otherwise act on this order.

1

IT IS SO ORDERED.

Dated this 13th day of March 2026.

_____
WILLIAM P. KELLY
UNITED STATES MAGISTRATE JUDGE